EZEKIAL CORTEZ, Bar #112808
Attorney At Law
1010 Second Avenue
Suite 1850
San Diego, California
Telephone: (619) 237-0309
Facsimile: (619) 237-8052

Attorney for Defendant
HOSEIN MIKE ABEDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | NO. CR-S-03-0467 |
| )  Plaintiff, ) | |
| ) | |
| v.  ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS HEARING** |
| HOSEIN MIKE ABEDI,  ) | |
| ) | Date: June 24, 2005 |
| Defendant.  ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

HOSEIN MIKE ABEDI, by and through his counsel, EZEKIAL CORTEZ and the United States Government, by and through its counsel, DANIEL S. LINHARDT, Asst. U.S. Attorney, hereby agree to continue the status hearing set for April 29, 2005, to June 24, 2005, at 9:00 a.m.

This continuance is requested because the parties are seeking to reach a global settlement of this and the related case of <u>UNITED STATES V. HAMID ABEDI</u>, CR-S-03-0468 GEB, and Hamid Abedi has been working with new counsel since December 2004.  The defendants, defense counsel, and government's counsel all join in the request to continue both cases to June 29, 2005.

1    The parties further agree and stipulate that time should be
2 excluded from calculation under the Speedy Trial Act (18 U.S.C. § 3161
3 et seq.) for the following reason: time for counsel to prepare (Local
4 Code T4).  Accordingly time is excluded under 18 U.S.C. §
5 3161(h)(8)(iv)(Local Code T4), from April 29, 2005 to and including
6 June 24, 2005.
7    IT IS SO STIPULATED.

Dated: May 4, 2005
                                    Respectfully submitted,

                                    /s/ Signature on file w/VCODY
                                    EZEKIAL CORTEZ
                                    Attorney for Defendant
                                    HOSEIN MIKE ABEDI

Dated: May 4, 2005
                                    McGREGOR W. SCOTT
                                    UNITED STATES ATTORNEY

                                    /S/ Signature on file w/VCODY
                                    DANIEL S. LINHARDT
                                    Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  May 5, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge