UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GARLAND E. BURRELL)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Case No. 03CR-0467-GEB |
| Plaintiff, | ) |
| vs. | ) **ORDER FOR RELEASE** |
| | ) **OF CASH DEPOSIT** |
| HOSEIN ABEDI, | ) |
| aka Mike Abedi | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the $50,000.00 cash deposited by defendant Mike Abedi for the initial conditions of release be released and that a deed of trust in that same amount be dully filed within two weeks of the date of this Order.

**IT IS SO ORDERED.**

Dated: 5-19-05

*(signature)*
HON. GARLAND E. BURRELL
U.S. DISTRICT JUDGE

*Stipulation for Release of Cash Deposit and Order*, **03CR000467-GEB**

2