EZEKIAL CORTEZ, Bar #112808
Attorney At Law
1010 Second Avenue
Suite 1850
San Diego, California
Telephone: (619) 237-0309
Facsimile: (619) 237-8052

Attorney for Defendant
HOSEIN MIKE ABEDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-03-0467 |
|       Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER CONTINUING STATUS HEARING** |
| HOSEIN MIKE ABEDI, ) | |
|       Defendant. ) | Date: September 16, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

    HOSEIN MIKE ABEDI, by and through his counsel, EZEKIAL CORTEZ and the United States Government, by and through its counsel, DANIEL S. LINHARDT, Asst. U.S. Attorney, hereby agree to continue the status hearing set for June 24, 2005, to September 16, 2005, at 9:00 a.m.

    This continuance is requested because the parties are seeking to reach a global settlement of this and the related case of <u>UNITED STATES V. HAMID ABEDI</u>, CR-S-03-0468 GEB, and Hamid Abedi has been working with new counsel since December 2004. The defendants, defense counsel, and government's counsel all join in the request to continue both cases to September 16, 2005.

    The parties further agree and stipulate that time should be

excluded from calculation under the Speedy Trial Act (18 U.S.C. § 3161 et seq.) for the following reason: time for counsel to prepare (Local Code T4).  Accordingly time is excluded under 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4), from June 24, 2005 to and including September 16, 2005.

    IT IS SO STIPULATED.

Dated: August 1, 2005
                      Respectfully submitted,

                      /s/ Signature on file w/VCODY
                      EZEKIAL CORTEZ
                      Attorney for Defendant
                      HOSEIN MIKE ABEDI

Dated: August 1, 2005
                      McGREGOR W. SCOTT
                      UNITED STATES ATTORNEY

                      /S/ Signature on file w/VCODY
                      DANIEL S. LINHARDT
                      Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED:  August 2, 2005
nunc pro tunc
                      /s/ Garland E. Burrell, Jr.
                      GARLAND E. BURRELL, JR.
                      United States District Judge