EZEKIEL E. CORTEZ
1010 Second Avenue, Suite 1850
San Diego, California  92101
California State Bar # 112808
(619) 237-0309

Attorney for Defendant:  Hosein Abedi, aka Mike Abedi

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(HONORABLE GARLAND E. BURRELL)**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No.  03CR0467-GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION FOR CONTINUANCE** |
| ) | |
| HOSEIN ABEDI ) | |
| aka Mike Abedi ) | |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** between the parties, Daniel S. Linhardt, Assistant United States Attorney, and Ezekiel E. Cortez, counsel for the defendant, Hosein Abedi, that the hearing presently set for November 18 at 9:00 a.m. be continued to January 6, 2006 at 9:00 a.m.  A continuance is needed in order for defense counsel to finish his review of additional documents and allow adequate time to prepare for the case.  The time should be excludable from the computation time of the Speedy Trial Act under local rule T4.

**IT IS SO STIPULATED.**

Dated: November 16, 2005        /S/ Signature on File With Ezekiel E. Cortez
                                DANIEL S. LINHARDT
                                Assistant United States Attorney

Dated: November 16, 2005        /S/ Signature on File With Ezekiel E. Cortez
                                EZEKIEL E. CORTEZ
                                Attorney for
                                Hosein Abedi

---

*Declaration of Counsel for Stipulated Continuance and Order, U.S. v. Abedi, CR-S-03-0467-GEB*

**1**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE GARLAND E. BURRELL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 03CR-0467-GEB |
| Plaintiff, | ) | |
| vs. | ) | **ORDER FOR CONTINUANCE** |
| HOSEIN ABEDI, aka Mike Abedi | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the hearing presently set for November 18, 2005 at 9:00 a.m. be continued to January 6, 2006 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time be excludable from the computation of time under the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: November 17, 2005        /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

---

*Declaration of Counsel for Stipulated Continuance and Order, U.S. v. Abedi, CR-S-03-0467-GEB*