| | |
|---|---|
| 1 | EZEKIEL E. CORTEZ |
| 2 | 1010 Second Avenue, Suite 1850 |
|   | San Diego, California  92101 |
| 3 | California State Bar # 112808 |
|   | (619) 237-0309 |
| 4 | |

Attorney for Defendant: Hosein Abedi, aka Mike Abedi

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### (HONORABLE GARLAND E. BURRELL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No.  03CR0467-GEB |
|  | ) |  |
|     Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **STIPULATION FOR CONTINUANCE** |
|  | ) |  |
| HOSEIN ABEDI | ) |  |
|     aka Mike Abedi | ) |  |
|     Defendant. | ) |  |
|  | ) |  |

**IT IS HEREBY STIPULATED** between the parties, Daniel S. Linhardt, Assistant United States Attorney, and Ezekiel E. Cortez, counsel for the defendant, Hosein Abedi, that the hearing presently set for January 6, 2006 at 9:00 a.m. be continued to January 27, 2006 at 9:00 a.m.   A continuance is needed in order for defense counsel to finalize review of documents and conduct adequate investigation to allow adequate time to prepare for the case. The time should be excludable from the computation time of the Speedy Trial Act under local rule T4.

**IT IS SO STIPULATED.**

Dated: January 2, 2006          /S/ Signature on File With Ezekiel E. Cortez
                                DANIEL S. LINHARDT
                                Assistant United States Attorney

Dated: January 2, 2006          /S/ Signature on File With Ezekiel E. Cortez
                                EZEKIEL E. CORTEZ
                                Attorney for
                                Hosein Abedi

---

*Declaration of Counsel for Stipulated Continuance and Order, U.S. v. Abedi, CR-S-03-0467-GEB*

**1**

1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE GARLAND E. BURRELL)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No.  03CR-0467-GEB |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER FOR CONTINUANCE** |
| vs. ) | |
| ) | |
| HOSEIN ABEDI, ) | |
| aka Mike Abedi ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**IT IS HEREBY ORDERED** that the hearing presently set for January 6, 2006 at 9:00 a.m. be continued to January 27, 2006 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time be excludable from the computation of time under the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: January 11, 2006

                                                /s/ Garland E. Burrell, Jr.
                                                GARLAND E. BURRELL, JR.

                                                United States District Judge

*Declaration of Counsel for Stipulated Continuance and Order, U.S. v. Abedi, CR-S-03-0467-GEB*

**2**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

*Declaration of Counsel for Stipulated Continuance and Order, U.S. v. Abedi, CR-S-03-0467-GEB*