Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
HOSEIN "MIKE" ABEDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 03 0467 GEB |
| ) | |
| Plaintiff, ) | STIPULATION & PROPOSED ORDER |
| ) | CONTINUING MOTIONS HEARING |
| v. ) | DATE |
| ) | |
| HOSEIN "MIKE" ABEDI, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

It is hereby stipulated and agreed, by and between the defendant Hosein Abedi, by and through his counsel, Timothy E. Warriner, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the previously set motions hearing date of January 26, 2007, and to set a new motions hearing date of February 9, 2007.

The defendant's brother has a similar case pending. Both defendants have motions to transfer venue pending. Hosein Abedi has filed other pretrial motions which are also pending. Counsel for both defendants and counsel for the government have met to discuss the possibility of resolution by plea. Counsel needs additional time to discuss with Mr. Abedi the plea proposal, and to consult with the client's immigration attorney concerning the consequences of the plea. Therefore, it is requested by all counsel that the hearing date be moved to **February 9, 2007**.

The parties further stipulate that time should continue to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(iv) (preparation of counsel) in that the ends of justice will be

1

served by allowing defendant's counsel time to investigate a possible plea resolution. Furthermore, time should continue to be excluded due to the pendency of motions.

DATED: January 24, 2007          /s/ Timothy E. Warriner, Attorney for Hosein Abedi

DATED: January 24, 2007          /s/ Anne Pings, Assistant US Attorney

**IT IS SO ORDERED**

Dated: January 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2