IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )   | |
| ) | 2:03-cr-467-GEB |
| Plaintiff, ) | |
| ) | |
| v.  ) | ORDER |
| ) | |
| HOSEIN "MIKE" ABEDI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     Defendant's motion for reconsideration of the ruling denying his request for change of venue is denied since sufficient reason has not been stated to justify reconsideration of the ruling. Therefore, the hearing on the reconsideration motion is vacated.

     IT IS SO ORDERED.

Dated: March 14, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1