Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
HOSEIN "MIKE" ABEDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 03 0467 GEB |
| ) | |
| Plaintiff, ) | SECOND AMENDED STIPULATION |
| ) | AND ORDER VACATING TRIAL DATE |
| ) | AND SETTING STATUS CONFERENCE |
| v. ) | |
| ) | |
| HOSEIN "MIKE" ABEDI, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      Trial in this case is presently set to begin June 5, 2007 with a trial readiness conference set for May 18.

      The parties are now finalizing a resolution of this case by way of a deferred prosecution agreement. In light of the progress toward disposition of the case, it is jointly requested that the trial and trial readiness conference dates be vacated and that the matter be set for further status conference on **November 2, 2007.** It is further stipulated by and between the parties that time be excluded to November 2, 2007 pursuant to the Speedy Trial Act for purpose of preparation of counsel and complexity so that the parties can evaluate documents and other information bearing upon the terms of settlement.

DATED: April 24, 2007                /s/ Tim Warriner, Attorney for Defendant,
                                          MIKE ABEDI

DATED: April 24, 2007                /s/ Anne Pings, Assistant United States Attorney

ORDER

Pursuant to the stipulation of the parties, the trial date of June 5, 2007 and trial readiness conference date of May 18, 2007 are vacated and a status conference is set for November 2, 2007.  It is further ordered that time be excluded to November 2, 2007 pursuant the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(ii) (Local Codes T2 and T4), for purposes of preparation of counsel and due to complexity.

Dated:  April 30, 2007

GARLAND E. BURRELL, JR.
United States District Judge