Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for defendant,
HOSSEIN ABEDI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S-03-467 GEB |
| ) | |
| Plaintiff, ) | |
| ) | APPLICATION FOR ORDER AND |
| ) | ORDER EXONERATING BOND |
| v. ) | AND RELEASING PASSPORT |
| ) | |
| HOSSEIN ABEDI aka MIKE ABEDI, ) | |
| ) | |
| Defendant. ) | |

On May 19, 2005, the court ordered that defendant be released on a $50,000 appearance bond secured by a deed of trust.  The deed of trust number 2005-0492584 for 30286 Pelican Bay, Murrietta, CA 92563 was received by the court on July 21, 2005.

On October 30, 2007, the court dismissed the case against Hossein Abedi aka Mike Abedi.

In light of the dismissal of defendant's case it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith.  It is further requested that the

/////

1

defendant's passport, surrendered on December 1, 2003, be released to the defendant or his attorney.

DATED: November 2, 2007          /s/ Tim Warriner, Attorney for Defendant,
                                  MIKE ABEDI

IT IS SO ORDERED

DATED: November 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/abedi0467.ord